Order entered January 29, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01134-CR
No. 05-14-01135-CR
No. 05-14-01136-CR

**RALIAN BANDA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-62067-M, F13-62108-M, F14-00312-M**

## ORDER

The Court **GRANTS** the January 20, 2015 motion of Lori Ordiway to withdraw as appellant's counsel. We **DIRECT** the Clerk to remove Ms. Ordiway as appellant's attorney of record on these appeals.

We **ORDER** the trial court to appoint new counsel to represent appellant in these appeals and to transmit to this Court, within **FIFTEEN DAYS** of the date of this order, supplemental records containing the order appointing new counsel.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court;  Felicia Pitre, Dallas County District Clerk; Lori Ordiway; and the Dallas County District Attorney's Office.

We **ABATE** the appeals to allow the trial court to comply with this order.  The appeals shall be reinstated fifteen days from the date of this order or when the order appointing new counsel is received.

/s/     LANA MYERS
        JUSTICE